## Shay *v.* North Side Bank and Trust Company (et al., Appellant) No. 2.

Argued April 25, 1938.

Before KELLER, P. J., CUN-

NINGHAM, BALDRIGE, STADTFELD, PARKER and RHODES, JJ.

*Harvey B. Lutz,* with him *C. V. Henry, Jr.,* for appellant.

*Eugene D. Siegrist,* with him *W. H. Dunbar, 3d,* for appellee.

PER CURIAM, June 27, 1938:

For the reasons stated in the opinion filed at No. 56, October Term, 1938, the judgment appealed from is vacated at the costs of appellant.